NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KONAMI GAMING INC.,**
*Plaintiff-Appellant*

**v.**

**HIGH 5 GAMES, LLC,**
*Defendant-Appellee*

---

2018-1723

---

Appeal from the United States District Court for the District of Nevada in No. 2:14-cv-01483-RFB-NJK, Judge Richard F. Boulware II.

---

**JUDGMENT**

---

KRISTOPHER K. HULLIBERGER, Howard & Howard Attorneys, PLLC, Royal Oak, MI, argued for plaintiff-appellant. Also represented by CHRISTOPHER J. WORREL; PATRICK MICHAEL MCCARTHY, Ann Arbor, MI.

ROBERT C. RYAN, Holland & Hart, LLP, Reno, NV, and TEAGUE I. DONAHEY, Boise, ID, argued for defendant-appellee. Also represented by ADAM A. HUBBARD, Boulder, CO; CHRISTOPHER B. HADLEY, JENNIFER L. JUNKIN, Salt Lake City, UT; JONATHAN A. FALLON, High 5 Games, LLC, New

York, NY.

ADAM MORTARA, Bartlit Beck LLP, Chicago, IL, for amicus curiae IGT.  Also represented by MEG E. FASULO, DANIEL CHARLES TAYLOR, Denver, CO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 11, 2019</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |